UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAISHA HAYWOOD; NICOLE HAYWOOD; LAVAUGHN HAYWOOD, <br><br> Plaintiffs, <br><br> -against- <br><br> ANDRE BAKERS FUNERAL HOME; KAREN BAKER; ANDRE F. BAKER, <br><br> Defendants. | 24cv4275 (LTS) <br><br> CIVIL JUDGMENT |

     For the reasons stated in the October 22, 2024, order, this action is dismissed. The Court has dismissed the claims brought by Plaintiffs Taisha Haywood and Lavaughn Haywood without prejudice. See 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a). The Court has also dismissed the claims brought by Nicole Haywood, without prejudice, for failure to comply with the Court's July 17, 2024 order. See Fed. R. Civ. P. 41(b). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated:   October 24, 2024
              New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge