UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE HAYWOOD,

                Plaintiff,

-against-

ANDRE BAKERS FUNERAL HOME;
KAREN BAKER; ANDRE F. BAKER,

                Defendants.

24-CV-4275 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 22, 2024, the Court dismissed the claims brought by (1) Plaintiffs Taisha and Lavaughn Haywood, without prejudice, under 28 U.S.C. §§ 1914, 1915 and Fed. R. Civ. P. 11(a); and (2) Plaintiff Nicole Haywood, without prejudice, for failure to comply with the Court's July 14, 2024 order directing all three plaintiffs to notify the Court whether they intended to proceed with this action. *See* Fed. R. Civ. P. 41(b). The Clerk of Court entered judgment on October 24, 2024.

On December 13, 2024, Nicole Haywood filed a notice of appeal, and on January 2, 2025, she filed a motion "to reopen" her case because, she asserts, the Clerk's Office entered her email address incorrectly. (ECF 12.) On January 8, 2025, she filed a motion for reconsideration under Fed. R. Civ. P. 60(b)(1), stating that a clerical error caused this Court to dismiss this action. (ECF 14.) Because Nicole Haywood filed a notice of appeal, and the Clerk's Office transferred this action to the United States Court of Appeals for the Second Circuit before she filed her motion "to reopen" and her Rule 60(b) motion, this Court lacked jurisdiction to rule on these motions. On August 12, 2025, the Court of Appeals dismissed Nicole Haywood's appeal, and on October 7, 2025, the Court of Appeals denied Nicole Haywood's motion for reconsideration of the August 12, 2025 order. (ECF 19-20.)

Now that jurisdiction has returned to this Court, the Court grants Plaintiff Nicole Haywood's motion for reconsideration where she asks the Court to reconsider its October 22, 2024 order of dismissal.

## CONCLUSION

The Court grants Nicole Haywood's motion for reconsideration (ECF 14) and directs the Clerk of Court to vacate the civil judgment (ECF 8) and to reopen this action. The Court also amends the order of dismissal as it relates to the Court's dismissing Nicole Haywood's claims for failure to comply with the Court's July 17, 2024 order. The Court vacates this part of the October 22, 2024 order. Finally, the Court directs the Clerk of Court to terminate Plaintiffs Taisha Haywood and Lavaughn Haywood from this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 14, 2025
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge