UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE HAYWOOD,

Plaintiff,

-against-

ANDRE BAKER'S FUNERAL HOME;
KAREN BAKER; ANDRE F. BAKER,

Defendants.

24-cv-4275 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 15, 2025, order, this action is dismissed for lack of subject matter jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 2, 2026
         New York, New York

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
Chief United States District Judge